**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01225-LTB-CBS

WYNENEICKA BLACKWELL,
   Plaintiff,

v.

H.A. HOUSING, LP, a Maine limited partnership,
URBAN PROPERTY MANAGEMENT, INC., a Colorado corporation, individually and as the agent for H.A. HOUSING, LP;
JANET PORTER, individually and as the agent for URBAN PROPERTY MANAGEMENT, INC., and H.A. HOUSING, LP; and
KAY WRIGHT, individually and as the agent for URBAN PROPERTY MANAGEMENT, INC., and H.A. HOUSING, LP,
   Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


  The Motion to Withdraw as Counsel (Doc 18 - filed December 15, 2005) is **GRANTED**. Scott T. Rodgers and Ann H. Cisneros of the law firm Lindquist & Vennum are allowed to withdraw as counsel for H.A. Housing, LP herein.  Defendant H.A. Housing, LP will continue to be represented by Jeffrey J. Cowman of Perkins Coie LLP in this matter.


Dated:  December 16, 2005
_____