IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01225-LTB-CBS

WYNENEICKA BLACKWELL,

    Plaintiff,

v.

H.A. HOUSING, LP,
a Maine limited partnership;
URBAN PROPERTY MANAGEMENT, INC.,
a Colorado corporation, individually and as
the agent for H.A. HOUSING, LP;
JANET PORTER, individually and as
the agent for URBAN PROPERTY MANAGEMENT, INC., and
H.A. HOUSING, LP; and
KAY WRIGHT, individually and as
the agent for URBAN PROPERTY MANAGEMENT,
INC., and H.A. HOUSING, LP,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Stipulated Motion for Entry of Protective Order (filed April 10, 2006; *doc. no. 28*) is GRANTED.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are ORDERED to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    April 11, 2006