IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01225-LTB-CBS

WYNENEICKA BLACKWELL,

    Plaintiff,

v.

H.A. HOUSING, LP,
a Maine limited partnership;
URBAN PROPERTY MANAGEMENT, INC.,
a Colorado corporation, individually and as
the agent for H.A. HOUSING, LP;
JANET PORTER, individually and as
the agent for URBAN PROPERTY MANAGEMENT, INC., and
H.A. HOUSING, LP; and
KAY WRIGHT, individually and as
the agent for URBAN PROPERTY MANAGEMENT,
INC., and H.A. HOUSING, LP,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Stay Discovery and Other Deadlines (*doc. no. 51)* is **GRANTED**. All pretrial deadlines are stayed up to and including **November 30, 2006**.

    IT IS FURTHER ORDERED that a telephonic status conference has been set for **November 30, 2006, at 11:30 a.m. (Mountain Time)**.

    IT IS FURTHER ORDERED that the Motion to Stay and Extend Scheduling Order Deadlines (*doc. no. 37)* and the Motion to Amend Scheduling Order Deadlines (*doc. no. 44)* are **DENIED**, as moot.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

    Parties are directed to consult with each other, prior to the set hearing, to make arrangements for one complete conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**   October 25, 2006