**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   05-cv-01225-LTB-CBS

WYNENEICKA BLACKWELL,

      Plaintiff,

v.

H.A. HOUSING, LP, a Maine limited partnership;
URBAN PROPERTY MANAGEMENT, INC., a Colorado corporation, individually and as the agent for H.A. HOUSING, LP;
JANET PORTER, individually and as the agent for URBAN PROPERTY MANAGEMENT, INC., and H.A. HOUSING, LP; and
KAY WRIGHT, individually and as the agent for URBAN PROPERTY MANAGEMENT, INC., and H.A. HOUSING, LP,

      Defendants.

_____

**ORDER ADMINISTRATIVELY CLOSING THE ACTION AND
RETAINING JURISDICTION OVER THE PARTIES' SETTLEMENT AGREEMENT**
_____

      The Court, upon consideration of the parties' Stipulated Motion for Administrative Closure of the Action and for the Court's Retention of Jurisdiction over the parties' Settlement Agreement (the "Stipulated Motion"), hereby ORDERS:

      (1)    The Motion is GRANTED, in accordance with Federal Rule of Civil Procedure 41(a)(2) and Local Rule 41.2; and

      (2)    This action is hereby administratively closed, subject to reopening for good cause, for a period of eighteen months from today's date, after which time, if the action has not been reopened, the Court shall, upon its own initiative, dismiss the

action with prejudice. The Court shall retain jurisdiction over the parties' Mutual Release and Settlement Agreement (attached as Exhibit 2 to the parties' Stipulated Motion, and hereby incorporated into this Order), for a period of eighteen months from today's date.

Dated:  February   26  , 2007.

    s/Lewis T. Babcock
Chief Judge Lewis T. Babcock
United States District Judge